**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Andre Donell BROWN, Jr.,**
**Defendant—Appellant.**

No. 08–8325.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 19, 2009.

Decided: Feb. 27, 2009.

Andre Donell Brown, Jr., Appellant Pro Se. Elizabeth Wu, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before WILKINSON, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andre Donell Brown, Jr., appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion to reduce sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Brown*, No. 3:03–cr–00139–HEH–1 (E.D.Va. Oct. 8, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*